Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
SHERRY L. BRISON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY L. BRISON | Case No.: 1:17-cv-00280-GSA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO SERVE PLAINTIFF'S CONFIDENTIAL LETTER BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (FIRST REQUEST) |
| Defendant. | |

Plaintiff Sherry L. Brison and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 7 days from August 10, 2017 to August 17, 2017 for Plaintiff to serve plaintiff's confidential letter brief to Defendant, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an

-1-

extension. This request is made at the request of Plaintiff's counsel due to a calendaring error.

Plaintiff's counsel learned of the error upon inquiry by Defendant's counsel. Plaintiff's counsel has transmitted the letter brief to Defendant's counsel on the date he learned of the error. Counsel sincerely apologizes to the Court, its staff, and all parties involved as a result of this delay.

DATE: August 17, 2017     Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
_____
Cyrus Safa
Attorney for plaintiff Ms. Sherry L. Brison

DATE:  August 17, 2017

PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY: /s/ *Marcelo N. Illarmo*
_____
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

///
///
///

# ORDER

Pursuant to the parties' stipulation, Plaintiff shall file her confidential letter brief no later than **August 17, 2017**. All other dates in the Court's scheduling order issued on February 28, 2017 (Doc. 5) are modified accordingly,

IT IS SO ORDERED.

Dated: **August 22, 2017**        /s/ Gary S. Austin
                                  UNITED STATES MAGISTRATE JUDGE