PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (415) 977-8944
    Facsimile: (415) 744-0134
    E-Mail: Marcelo.Illarmo@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| SHERRY BRISON,<br><br>          Plaintiff,<br><br>    v.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>          Defendant. | Case No.: 1:17-cv-00280-GSA<br><br>STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME BY THE COMMISSIONER OF SOCIAL SECURITY |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Confidential Letter Brief be extended to September 25, 2017. This is Defendant's first request for an extension of time to respond to Plaintiff's Confidential Letter Brief. Defendant respectfully requests this additional time because Defendant's counsel has a higher than normal workload.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 25, 2017          */s/ Cyrus Safa\**
                                   (*as authorized via e-mail on 9/25/17)
                                   CYRUS SAFA
                                   Attorney for Plaintiff


Dated: September 25, 2017          PHILLIP A. TALBERT
                                   United States Attorney
                                   DEBORAH LEE STACHEL
                                   Acting Regional Chief Counsel, Region IX
                                   Social Security Administration

                          By:      */s/ Marcelo Illarmo*
                                   MARCELO ILLARMO
                                   Special Assistant United States Attorney

                                   Attorneys for Defendant


## ORDER

The Court adopts the above stipulation *nunc pro tunc*. The Commissioner shall serve her confidential letter brief no later than September 25, 2017. All other deadlines in the Scheduling Order issued on February 28, 2017 (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated:   **September 27, 2017**          _____ **/s/ Gary S. Austin**
                                   UNITED STATES MAGISTRATE JUDGE