Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562)437-7006
Fax: (562)432-2935
E-Mail: rohlfing.office@rohlfinglaw.com
Attorneys for Plaintiff
SHERRY L. BRISON

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY L. BRISON | Case No.: 1:17-cv-00280-GSA |
| Plaintiff, | STIPULATION TO EXTEND TIME TO FILE PLAINTIFF'S OPENING BRIEF |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security. | (SECOND REQUEST) |
| Defendant. | |

Plaintiff Sherry L. Brison and Defendant Nancy A. Berryhill, Acting Commissioner of Social Security, through their undersigned attorneys, stipulate, subject to this court's approval, to extend the time by 8 days from October 25, 2017 to November 1, 2017 for Plaintiff to file its Opening Brief, with all other dates in the Court's Order Concerning Review Of Social Security Cases extended accordingly. This is Plaintiff's first request for an extension.

This request is made at the request of Plaintiff's counsel who has an impacted schedule this week as counsel must travel from Los Angeles to Oakland, California to attend an administrative hearing this week.

DATE: October 24, 2017

Respectfully submitted,

LAWRENCE D. ROHLFING

BY: /s/ *Cyrus Safa*
Cyrus Safa
Attorney for plaintiff Ms. Sherry L. Brison

DATE: October 24, 2017

PHILLIP A. TALBET
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel
Social Security Administration

BY: /s/ *Marcelo N. Illarmo*
Marcelo N. Illarmo
Special Assistant United States Attorney
Attorneys for defendant Nancy A. Berryhill
|*authorized by e-mail|

///
///
///
///
///
///
///
///

# **ORDER**

Plaintiff shall file her Opening Brief no later than **November 1, 2017**. All other deadlines in the Court's Scheduling Order dated February 28, 2017 (Doc. 5) are modified accordingly.

IT IS SO ORDERED.

Dated: **October 27, 2017**          /s/ Gary S. Austin
UNITED STATES MAGISTRATE JUDGE