# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHERRY BRISON, | Case No.: 1:17-cv-00280-GSA |
| Plaintiff, | STIPULATION AND ORDER FOR A FIRST EXTENSION OF TIME |
| v. | |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, subject to the approval of the Court, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's motion for summary judgment. With this extension:

- Defendant shall serve and file any opposition or counter-motion on or before December 29, 2017;
- Plaintiff may serve and file a reply within 15 days of service of defendant's opposition or counter-motion (on or before January 15, 2018).

Good cause exists to grant an extension because the Defendant has a higher workload than normal and needs more time to respond to Plaintiff's motion. In addition, Defendant's counsel will be on leave during the Thanksgiving holiday.

Respectfully submitted,

Dated: November 21, 2017    */s/ Cyrus Safa\**
(*as authorized via e-mail on 11/21/17)
CYRUS SAFA
Attorney for Plaintiff

Dated: November 21, 2017    PHILLIP A. TALBERT
United States Attorney
DEBORAH LEE STACHEL
Acting Regional Chief Counsel, Region IX
Social Security Administration

By:    */s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## **ORDER**

Pursuant to the above stipulation (Doc. 19), Defendant shall file any Response to the Opening Brief on or before **December 29, 2017**. Any optional Reply shall be filed on or before **January 15, 2018**.

IT IS SO ORDERED.

Dated:    **November 27, 2017**            **/s/ Gary S. Austin**
UNITED STATES MAGISTRATE JUDGE